UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DEMARIA L. WYNN, as Guardian for
DUANE L. WALLACE, a protected individual,

    Plaintiff,

v.      Case No. 06-10534

STATE FARM MUTUAL AUTOMOBILE     HONORABLE AVERN COHN
INSURANCE COMPANY,

    Defendant.

_____/

**ORDER SETTING FINAL PRETRIAL CONFERENCE**
**AND**
**REQUIRING SUBMISSION OF TRIAL EXHIBITS**

This is a case under Michigan's No Fault Automobile Insurance Act, M.C.L. § 500.3101, et seq. seeking attendant care benefits. The Joint Final Pretrial Order has been prepared. At a hearing on discovery matters on July 28, 2008, the parties agreed that the case is ready for trial.

Accordingly, the parties shall appear for a final pretrial conference on **Tuesday, September 2, 2008 at 2:00 p.m.** To avoid any misunderstanding regarding exhibits, copies of each of the exhibits listed in the Joint Final Pretrial Order, including joint exhibits, plaintiff's exhibits, and defendant's exhibits (see attached list) shall be lodged

with the Court in separate 3-ring binders appropriately tabbed within one (1) week before the Final Pretrial Conference.

    SO ORDERED.


Dated: July 29, 2008                 s/Avern Cohn
                                            AVERN COHN
                                            UNITED STATES DISTRICT JUDGE


I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, July 29, 2008, by electronic and/or ordinary mail.

                                            s/Julie Owens
                                            Case Manager, (313) 234-5160