UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DEMARIA L. WYNN, as Guardian for
DUANE L. WALLACE, a protected individual,

     Plaintiff,

                                   Case No. 06-10534

-vs-                              Hon:  AVERN COHN

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

     Defendants.

_____/

**TRIAL ORDER**

This is a first party insurance liability case.  Trial is scheduled to begin at 9:00 am on **Monday, November 17, 2008**, and continue day to day, 9:00 am to 4:00 pm [with a one (1) hour recess for lunch], for a maximum of five (5) days.  The following are trial requirements:

     1.     Each party is limited to fifty (50) exhibits, including subparts.  The Court shall be furnished with a free-standing exhibit list the first day of trial.

     2.     Plaintiff is limited to eleven (11) witnesses.  Defendant is limited to five (5) witnesses.  The Court shall be furnished a free-standing witness list the first day of trial.

     3.     Plaintiff's draft of jury instructions and the verdict form are the benchmark.  Defendant shall offer additions, deletions or modifications to the benchmark.  The parties shall meet and confer on their differences so that the Court need deal only with their

differences which are to be stated full text.

4.     The Court will conduct the *voir dire*.  The Court solicits comments on his standard *voir dire*.

5.     The Court shall be promptly advised of any outstanding discovery issues.

Any objections to this order shall be filed within three (3) business days.

SO ORDERED.


 s/Avern Cohn                 
AVERN COHN
UNITED STATES DISTRICT JUDGE


Dated:  September 5, 2008


I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, September 5, 2008, by electronic and/or ordinary mail.


 s/Julie Owens                 
Case Manager, (313) 234-5160