UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DEMARIA L. WYNN
as Guardian for Duane L. Wallace, a protected individual,
    and
DUANE L. WALLACE, a protected individual,

    Plaintiffs,

                                              Case No. 06-10534
-vs-                                           HON. AVERN COHN

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

    Defendant.
_____/

## ORDER DENYING PLAINTIFF'S MOTION IN LIMINE TO EXCLUDE SURVEILLANCE INVESTIGATION AND FRUITS THEREOF [ETC.] (DOC. 68)[1]

This is an attendant care case under Michigan's No Fault Act.  The jurisdiction of the Court is based on diversity.  Plaintiff has filed a motion styled Motion in Limine to Exclude Surveillance Investigation and Fruits Thereof, to Prohibit Testimony from Any Witness Regarding Surveillance Videos and to Preclude the Use of and/or Admission into Evidence of Said Videos (doc. 68).

---

[1] The Court reminds the parties that in the Sixth Circuit, a ruling on a motion in limine is advisory only.  United States v. Yannott, 42 F.3d 999, 1007 (6th Cir. 1994).  To preserve for appeal any issue relating to this decision, a party must raise the question at trial and obtain a final decision from the Court.  See United States v. Luce, 713 F.2d 1236, 1239–40 (6th Cir. 1983).

For the reasons stated on the record at a hearing on March 30, 2009, the motion is DENIED.  The Court will view surveillance videos before their introduction.

SO ORDERED.

    s/Avern Cohn
AVERN COHN
UNITED STATES DISTRICT JUDGE

Dated:  March 30, 2009

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, March 30, 2009, by electronic and/or ordinary mail.

    s/Julie Owens
Case Manager, (313) 234-5160