UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DEMARIA L. WYNN
as Guardian for Duane L. Wallace, a protected individual,
    and
DUANE L. WALLACE, a protected individual,

    Plaintiffs,

                                           Case No. 06-10534
-vs-                                      HON. AVERN COHN

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

    Defendant.
_____/

## ORDER DENYING PLAINTIFF'S MOTION IN LIMINE TO EXCLUDE STATE FARM'S INTERNAL "SURVEY" OF ATTENDANT CARE PROVIDERS [ETC.] (DOC. 36)[1]

This is an attendant care case under Michigan's No Fault Act. The jurisdiction of the Court is based on diversity. Plaintiff has filed a motion styled Motion in Limine to Exclude State Farm's Internal "Survey" of Attendant Care Providers [etc.] (doc. 36) .

For the reasons stated on the record at a hearing on March 30, 2009, the motion is DENIED.

SO ORDERED.

Dated: March 30, 2009              s/Avern Cohn
                                            AVERN COHN
                                            UNITED STATES DISTRICT JUDGE

---

[1] The Court reminds the parties that in the Sixth Circuit, a ruling on a motion in limine is advisory only. United States v. Yannott, 42 F.3d 999, 1007 (6th Cir. 1994). To preserve for appeal any issue relating to this decision, a party must raise the question at trial and obtain a final decision from the Court. See United States v. Luce, 713 F.2d 1236, 1239–40 (6th Cir. 1983).

**06-10534   Wynn v. State Farm Mutual Automobile**

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, March 30, 2009, by electronic and/or ordinary mail.

                           s/Julie Owens
                           Case Manager, (313) 234-5160