UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DEMARIA L. WYNN
as Guardian for Duane L. Wallace, a protected individual,
        and
DUANE L. WALLACE, a protected individual,

        Plaintiffs,

                                                    Case No. 06-10534
-vs-                                                HON. AVERN COHN

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

        Defendant.
_____/

## ORDER DENYING DEFENDANT'S MOTION IN LIMINE
## FOR SUMMARY JUDGMENT PURSUANT TO FED. R. CIV. P. 56(C) (DOC. 64)

        This is an attendant care case under Michigan's No Fault Act.  The jurisdiction of

the Court is based on diversity.  Defendant has filed a motion styled Motion in Limine for

Summary Judgment Pursuant to Fed. R. Civ. P. 56(C) (doc. 64) .

        For the reasons stated on the record at a hearing on March 30, 2009, the motion

is DENIED.  Plaintiff must produce all original attendant care notebooks by March 31,

2009.

        SO ORDERED.


Dated:  March 30, 2009                    _s/Avern Cohn_____
                                          AVERN COHN
                                          UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date,
March 30, 2009, by electronic and/or ordinary mail.

                                          _s/Julie Owens_____
                                          Case Manager, (313) 234-5160